[No. 44545-0-II. Division Two. July 22, 2014.]

CANTERBURY APARTMENT HOMES LLC, *Respondent*, v. LOUISIANA PACIFIC CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-15698-8, Edmund Murphy, J., entered January 17, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 44626-0-II. Division Two. July 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC DAVID BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00579-0, Carol Murphy, J., entered March 14, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Lee and Melnick, JJ.

[No. 45003-8-II. Division Two. July 22, 2014.]

STATE FARM INSURANCE COMPANY, *Respondent*, v. BRENT ROLLINS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-09955-9, Jack F. Nevin, J., entered May 17, 2013. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 30256-3-III. Division Three. July 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. VANCE LYNN BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-01152-0, Vic L. VanderSchoor, J., entered August 24, 2011. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Price, J. Pro Tem., concurred in by Siddoway, C.J., and Korsmo, J.